ORIGINAL

jasonsalasind

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
APR - 4 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON MICHAEL SALAS,<br><br>Defendant. | CRIMINAL CASE NO. 07-00033<br><br>**INDICTMENT**<br><br>**WITHIN SPECIAL MARITIME AND TERRITORIAL JURISDICTION**<br>[18 U.S.C. §§ 661, 7(3), & 2] (Counts I & II)<br>**CRIMINAL MISCHIEF**<br>[9 GCA §34.50(d) and 18 U.S.C. §§ 2, 7(3) and 13]<br>(Count III)<br>**ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**<br>[18 U.S.C. § 1382] (Counts IV & V) |

THE GRAND JURY CHARGES

**COUNT I - WITHIN SPECIAL MARITIME AND TERRITORIAL JURISDICTION**

On or about October 29, 2006, in the District of Guam, the defendant, JASON MICHAEL SALAS, at a place within the special maritime and territorial jurisdiction of the United States, namely U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did take and carry away, with intent to steal and purloin, the personal property of another, namely a ported speaker box containing two Rockford Fosgate subwoofers and five hundred dollars in United States currency belonging to Forest

Bailey, of the value of approximately $1,148, in violation of Title 18, United States Code, Sections 2, 7(3), and 661.

## COUNT II - WITHIN SPECIAL MARITIME AND TERRITORIAL JURISDICTION

On or about November 12, 2006, in the District of Guam, the defendant, JASON MICHAEL SALAS, at a place within the special maritime and territorial jurisdiction of the United States, namely U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did take and carry away, with intent to steal and purloin, the personal property of another, namely a wallet containing three dollars in United States currency, one Chase Mastercard credit card, one USAA debit card, one USAA Mastercard credit card, one Navy Federal Credit Union debit card, one Navy Federal Credit Union Visa credit card, one Arvest Mastercard credit card, one Guam driver's license, and one California driver's license belonging to Hollie Schaub, of the value of less than $1,000, in violation of Title 18, United States Code, Sections 2, 7(3), and 661.

## COUNT III - CRIMINAL MISCHIEF

On or about October 29, 2006, in the District of Guam, the defendant, JASON MICHAEL SALAS, at a place within the special maritime and territorial jurisdiction of the United States, namely U.S. Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did intentionally damage the motor vehicle of another, to wit: a 2003 Chevy Cavalier owned by Robert Simmering, in violation of Title 9, Guam Code Annotated, Section 34.50(d) and Title 18, United States Code, Sections 2, 7(3) and 13.

## COUNT IV - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY

On or about October 29, 2006, in the District of Guam, the defendant, JASON MICHAEL SALAS, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of

Title 18, United States Code, Sections 661, 7(3), & 2, in violation of Title18, United States Code, Section 1382.

**COUNT V - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY**

On or about November 12, 2006, in the District of Guam, the defendant, JASON MICHAEL SALAS, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 18, United States Code, Sections 661, 7(3), & 2, in violation of Title18, United States Code, Section 1382.

DATED this 4th day of April, 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

- 3 -

# Criminal Case Cover Sheet    U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

## Defendant Information:

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name _____JASON MICHAEL SALAS_____

Alias Name _____

Address _____

Birthdate __XX/XX/1985__ SS# __XXX-XX-8278__ Sex __M__ Race __PI__ Nationality __Chamorro__

## U.S. Attorney Information:

SAUSA ___Ryan Anderson___

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**RECEIVED APR - 4 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: ___5___    ___ Petty ___ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 661, 7(3) & 2 | Within Special Maritime and Territorial Jurisdiction | 1 - 2 |
| Set 2 | 18 USC 7(3) & 13 & 2 | Criminal Mischief | 3 |
| Set 3 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | 4 - 5 |
| Set 4 | | | |

(May be continued on reverse)

Date: __3/30/07__    Signature of AUSA: _[signature]_

ORIGINAL