RECEIVED

APR 0 4 2007

US MARSHALS SERVICE-GUAM

Navy Investigator
Lucas Murphy

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

JASON MICHAEL SALAS

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-07-00033

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | Date and Time |
| Before: Honorable Joaquin V. E Manibusan, Jr. | Friday, April 6, 2007 at 9:30 a.m. |

To answer a(n)
X Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   X Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

COUNTS 1 and 2 - Within Special Maritime and Territorial Jurisdiction, 18 USC § 661, 7(3) and 2

COUNTS 3 - Criminal Mischief, 9 GCA § 34.50(d) and 18 USC § 2, 7(3) and 13

COUNTS 4 and 5 - Entering Military, Naval, or Coast Guard Property, 18 USC § 1382

**FILED**
DISTRICT COURT OF GUAM
APR -5 2007
MARY L.M. MORAN
CLERK OF COURT
ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

April 4, 2007
Date

# RETURN OF SERVICE

Service was made by me on:[1]   Date  4/5/07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
GUAM PROBATION OFFICE  HAGATNA, GUAM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5APR07
             Date

            J. SALAS
            Name of United States Marshal

            _____
            (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.