PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs: __**JASON MICHAEL SALAS**__    Docket No. __**CR 07-00033-001**__

**Petition for Action on Conditions of Pretrial Release**

COMES NOW __GRACE D. FLORES__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Jason Michael Salas__ who was placed under pretrial release supervision by the __Joaquin V.E. Manibusan__ sitting in the court at __Hagatna, Guam__ on the __6th__ date of __April__, 20 __07__ under the following conditions:

*Please refer to the Order Setting Conditions of Release*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

*The defendant has violated the following conditions: 18 U.S.C. §3142(c)(B)(xiv)*

***Please see attached Declaration in Support of Petition.***

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | __Grace D. Flores__ <br> U.S. Pretrial Services Officer <br><br> Place: __Hagåtña, Guam__ <br><br> Date: __April 11, 2007__ |