PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs: **JASON MICHAEL SALAS**   Docket No.   CR 07-00033-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   GRACE D. FLORES   PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant   Jason Michael Salas   who was placed under pretrial release supervision by the   Joaquin V.E. Manibusan   sitting in the court at   Hagatna, Guam   on the   6th   date of   April   , 20   07   under the following conditions:

*Please refer to the Order Setting Conditions of Release*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

*The defendant has violated the following conditions: 18 U.S.C. §3142(c)(B)(xiv)*

**Please see attached Declaration in Support of Petition.**

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

ORDER OF COURT

Considered and ordered this   17th   day of   April   2007   and ordered filed and made a part of the records in the above case.
A summons shall issue for Wednesday, April 25, 2007, at 2:00 p.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

Respectfully,

Grace D. Flores
U.S. Pretrial Services Officer

Place:   Hagåtña, Guam

Date:   April 11, 2007