# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

FILED
DISTRICT COURT OF GUAM
APR 23 2007 
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**JASON MICHAEL SALAS**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-07-00033**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> **3rd Floor, U.S. Courthouse** <br> **520 West Soledad Avenue** | **302** |
| | Date and Time |
| Before: Honorable Joaquin V. E Manibusan, Jr. | **Wednesday, April 25, 2007 at 2:00 p.m.** |

To answer a(n)
    Indictment  ☐  Information  ☐  Complaint     Probation Violation Petition  ☐  Supervised Release Violation Petition   **X**  Violation Notice

Charging you with a violation of Title _____**18**_____ United States Code, Section(s) _____**3142(c)(B)(xiv)**_____

Brief description of offense:

      **SEE PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE AND ORDER FILED SEPARATELY ON APRIL 17, 2007**

**RECEIVED**
APR 17 2007
US MARSHALS SERVICE-GUAM

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**April 17, 2007**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

|  | Date |
|---|---|
| Service was made by me on:[1] | APR 23 2007 |

RECEIVED
US MARSHALS SERVICE-GUAM

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM, 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ____APR 23 2007____    J. Salas
                Date                 Name of United States Marshal
         US MARSHALS SERVICE-GUAM
                                     V. Roman
                                     (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.