# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 07-00033-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO VACATE** |
| vs. | ) | **VIOLATION HEARING** |
| | ) | |
| JASON MICHAEL SALAS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:** Violation hearing scheduled for April 25, 2007 at 2:00 p.m.

On April 6, 2007, Jason M. Salas made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on an Indictment charging him with Counts I and II: Within Special Maritime and Territorial Jurisdiction, in violation of 18 U.S.C. §§661 and 7(3) & 2; and Count III: Criminal Mischief, in violation of 9 GCA §34.50(d) and 18 U.S.C. §§2, 7(3), and 13; and Count IV and V: Entering Military, Naval, or Coast Guard Property, in violation of 18 U.S.C. §1382. Mr. Salas was granted pretrial release with conditions. Trial was set for June 6, 2007.

A violation report was filed with the Court on April 17, 2007. On that same date, a summons was issued for the defendant to appear at a hearing on April 25, 2007 at 2:00 p.m. The violation alleged that defendant did not remove the special features from the telephone line which interfered with the electronic monitoring equipment. The defendant has since removed the special features thereby allowing the electronic monitoring equipment to work properly. In addition, the telephone subscriber has also complied with issuing a consent for release of telephone information and removal of special features. The need for a violation hearing is now moot. This Officer respectfully requests that the Court vacate the violation hearing scheduled for April 25, 2007 at 2:00 p.m.

REQUEST TO VACATE VIOLATION HEARING
Violation Hearing Scheduled for April 25, 2007 at 2:00 p.m.
Re:    SALAS, Jason Michael
USDC Cr. Cs. No. 07-00033-001
April 24, 2007
Page 2

Executed this 24th day of April 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
   Supervision Unit Leader

cc:    Ryan Anderson, SAUSA
       John Gorman, FPD
       File