FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
GRACE D. FLORES
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 07-00033-001 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | **Re: Request to Vacate Violation Hearing** |
| JASON MICHAEL SALAS | ) | |
| Defendant. | ) | |

Based on the Request to Vacate Violation Hearing filed April 24, 2007, in the above-captioned matter,

**IT IS HEREBY ORDERED** that the Violation Hearing scheduled for April 25, 2007 is vacated.