1  FRANK MICHAEL CRUZ
   Chief U.S. Probation Officer
2  GRACE D. FLORES
   U.S. Probation Officer
3  U.S. District Court of Guam
   2nd Floor, U.S. Courthouse
4  520 West Soledad Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 473-9201
   Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 07-00033-001 |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | **Re: Request to Vacate Violation Hearing** |
| ) | |
| JASON MICHAEL SALAS ) | |
| Defendant. ) | |

Based on the Request to Vacate Violation Hearing filed April 24, 2007, in the above-captioned matter,

**IT IS HEREBY ORDERED** that the Violation Hearing scheduled for April 25, 2007 is vacated.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Apr 25, 2007