JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
JASON MICHAEL SALAS


FILED
DISTRICT COURT OF GUAM
MAY 29 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00033 |
| Plaintiff, | ) STIPULATION TO CONTINUE TRIAL<br>) DATE AND EXCLUDING TIME |
| vs. | ) |
| JASON MICHAEL SALAS, | ) |
| Defendant, | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for June 6, 2007, at 9:30 a.m., be continued to the week of June 25, 2007, or a date convenient for the Court's calendar.

The parties request this continuance to allow defense counsel to conduct further investigation and research for trial. In addition, defense counsel will be off-island from May 28, 2007 to June 6, 2007 and from June 12, 2007 to June 19, 2007 on official business.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time

ORIGINAL

period beginning and including June 6, 2007, to and including the new trial date of June _____, 2007, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Mr. Salas has been consulted with and fully agrees with the proposed continuance.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Salass best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, May 25, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
JASON MICHAEL SALAS

_____
RYAN M. ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA