JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JASON MICHAEL SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00033 |
| | ) | |
| Plaintiff, | ) | ORDER RE: STIPULATION TO |
| | ) | CONTINUE TRIAL DATE AND |
| vs. | ) | EXCLUDING TIME |
| | ) | |
| JASON MICHAEL SALAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      The Stipulation filed on May 29, 2007, is HEREBY APPROVED. Based upon the reasons contained within the stipulation, the court finds that the ends of justice are served by the delay and outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the period commencing June 6, 2007 through July 10, 2007, inclusive, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). The Final Pretrial will be held on Thursday, July 5, 2007 at 1:30 p.m. The Trial shall commence on Tuesday, July 10, 2007 at 9:30 a.m.

      **SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
   **Chief Judge**
**Dated: Jun 05, 2007**