jasonsalasalibi

**LEONARDO M. RAPADAS**
United States Attorney
**RYAN M. ANDERSON**
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

JUN - 7 2007

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00033 |
| Plaintiff, | ) | |
| vs. | ) | REQUEST FOR ALIBI |
| | ) | [Fed. R. Crim. P. 12.1 (a)] |
| JASON SALAS, | ) | |
| Defendant. | ) | |

In accordance with Federal Rule of Criminal Procedure 12.1(a) the government hereby requests defendant's alibi and explanation of the events which occurred: on or about October 29, 2006, between approximately 1120 and 1420, at the Haputo Beach parking lot onboard U.S. Naval Base Guam, in connection with the alleged violations of Title 18, United States Code, Sections 1382, 661, 13, 7(3), 2, and 9 GCA §34.50(d); and on or about November 12, 2006, between approximately 1300 and 1530, at the Haputo Beach parking lot onboard U.S. Naval Base Guam, in connection with the alleged violations of Title 18, United States Code, Sections

//
//
//
//

661, 7(3), 2, 1382. The government further requests the names, addresses, and phone numbers of any witnesses upon whom the defendant intends to rely to establish such alibi.

DATED this 6th day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney