ORIGINAL

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120



FILED
DISTRICT COURT OF GUAM
JUL 0 3 2007
MARY L.M. MORAN
CLERK OF COURT

Attorney for Defendant
JASON MICHAEL SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) 07-00033 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE CHANGE |
| | ) OF PLEA HEARING AND TAKE FINAL |
| vs. | ) PRETRIAL CONFERENCE OFF |
| | ) CALENDAR |
| JASON MICHAEL SALAS, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Change of Plea hearing currently scheduled for Tuesday, July 3, 2007 at 8:30 a.m. be continued to Monday, July 9, 2007 at 9:30 a.m.

The parties request this new Change of Plea hearing date as the defendant was unavailable for the original hearing date.

The parties also request that the Final Pre-trial Conference scheduled for Thursday, July 5, 2007 at 1:30 p.m. be taken off calendar as defendant will be entering a guilty plea on this matter.

DATED: Mongmong, Guam, July 3, 2007.

_____          _____
JOHN T. GORMAN                      RYAN M. ANDERSON
Attorney for Defendant              Attorney for Plaintiff
JASON MICHAEL SALAS                 UNITED STATES OF AMERICA

2