JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JASON MICHAEL SALAS

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | re Granting Continuance of Change of Plea |
| | ) | Hearing Date and Vacating Final Pre-trial |
| JASON MICHAEL SALAS, | ) | Conference Date |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the Change of Plea Hearing originally scheduled for Tuesday, July 3, 2007 at 8:30 a.m. be continued to Monday, July 9, 2007 at 9:30 a.m. IT IS FURTHER ORDERED that the Final Pre-trial Conference scheduled for Thursday, July 5, 2007 at 1:30 p.m. be vacated as the Defendant will be entering a plea of guilty in this matter.



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Jul 05, 2007**