**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA**

CASE NO.: CR-07-00033-001 DATE: July 09, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:32:13 - 10:04:25
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Ryan Keith Aguon  Attorney: John Gorman
   Present   Custody   Bond   P.R.      Present   Retained   FPD   CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Stephen Guilliot  U.S. Marshal: D. Punzalan
Interpreter:  Language:

**PROCEEDINGS: Change of Plea**

- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Pen and ink changes made in the plea agreement.
- Plea entered: Guilty to Count I and III.
- Report and Recommendation executed by the Court.
- Sentencing set for: October 8, 2007 at 9:00 a.m.
- Draft Presentence Report due to the parties: 9/10/2007
- Response to Presentence Report: 9/24/2007
- Final Presentence Report due to the Court: 10/1/2007
- Defendant released as previously ordered by this Court.

NOTES: