**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**AMENDED MINUTES\*\***
**CHANGE OF PLEA**

CASE NO.: CR-07-00033-001    DATE: July 09, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:32:13 - 10:04:25 |
| CSO: F. Tenorio | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Jason Michael Salas\*\* | Attorney: John Gorman |
|    Present   Custody   Bond   P.R. |    Present   Retained   FPD   CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: D. Punzalan |
| Interpreter: | Language: |

**PROCEEDINGS: Change of Plea**

- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Pen and ink changes made in the plea agreement.
- Plea entered: Guilty to Count I and III.
- Report and Recommendation executed by the Court.
- Sentencing set for: October 8, 2007 at 9:00 a.m.
- Draft Presentence Report due to the parties: 9/10/2007
- Response to Presentence Report: 9/24/2007
- Final Presentence Report due to the Court: 10/1/2007
- Defendant released as previously ordered by this Court.

NOTES:


\*\*Amended to correct the defendant's name.