IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON MICHAEL SALAS, <br><br> Defendant. | CRIMINAL CASE NO. 07-00033 <br><br> **ORDER ACCEPTING PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty to Counts I and III of an Indictment charging him with Theft Within Special Maritime and Territorial Jurisdiction, in violation of 18 U.S.C. § 661, and Criminal Mischief, in violation of 9 GUAM CODE ANN. § 34.50(d) as assimilated by 18 U.S.C. §§ 2, 7(3) and 13, are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing on October 9, 2007, at 11:00 a.m.

IT IS SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Jul 25, 2007