JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JASON MICHAEL SALAS

FILED
DISTRICT COURT OF GUAM
JUL 26 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00033 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY |
| | ) | DEFENDANT'S PRE- |
| vs. | ) | SENTENCING RELEASE |
| | ) | CONDITIONS |
| JASON MICHAEL SALAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant's pre-sentencing release conditions be modified to remove the condition of Home Incarceration.

The parties request this modification of the defendant's release conditions as defendant is no longer on house arrest with Guam's Superior Court and this will allow defendant to find gainful employment.

ORIGINAL

All other previous conditions of pre-sentencing release are to remain in effect.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, July 25, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
JASON MICHAEL SALAS

_____
RYAN ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

# CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on July 25, 2007:

RYAN ANDERSON
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, July 25, 2007.

RENATE A. DOEHL
Legal Secretary to

JOHN T. GORMAN
Attorney for Defendant
JASON MICHAEL SALAS