JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:	(671) 472-7111
Facsimile:	(671) 472-7120

Attorney for Defendant
JASON MICHAEL SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00033 |
| ) | |
| Plaintiff, ) | ORDER re STIPULATION TO MODIFY |
| ) | DEFENDANT'S PRE-SENTENCING |
| vs. ) | RELEASE CONDITIONS |
| ) | |
| JASON MICHAEL SALAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY ORDERED that the defendant's pre-sentencing release conditions be modified to remove the condition of Home Incarceration. All other previous conditions of pre-sentencing release are to remain in effect.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Aug 07, 2007**