JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JASON MICHAEL SALAS



FILED
DISTRICT COURT OF GUAM
SEP 28 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 07-00033 |
|---|---|
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE REPORT |
| vs. | ) |
| JASON MICHAEL SALAS, | ) |
| Defendant. | ) |

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, JASON MICHAEL SALAS, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report with the following exceptions.

1. Paragraph 74, **Employment**, states Mr. Salas is unemployed. This is incorrect. He is currently working as a security guard for San Nicolas Security. He averages over 40 hours weekly and is hourly salary is $5.75.

//

//

**ORIGINAL**

DATED: Mongmong, Guam, September 28, 2007.

/s/ John T. Gorman
JOHN T. GORMAN
Attorney for Defendant
JASON MICHAEL SALAS

## CERTIFICATE OF SERVICE

I, ALEX MODABER, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on September 28, 2007:

>RYAN ANDERSON
>Special Assistant United States Attorney
>Sirena Plaza
>108 Hernan Cortez, Ste. 500
>Hagatna, Guam 96910
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA
>
>
>MARIA CRUZ
>U.S. Probation Officer
>U.S. Probation Office
>Districts of Guam and NMI
>2nd Floor, U.S. District Court

DATED: Mongmong, Guam, September 28, 2007.

_____
ALEX MODABER
Investigator to

JOHN T. GORMAN
Attorney for Defendant
JASON MICHAEL SALAS