# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00033-001					DATE: October 09, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley					Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez			Electronically Recorded: 11:02:01 - 11:32:12
CSO: B. Pereda

**APPEARANCES:**

Defendant: Jason Michael Salas					Attorney: John Gorman
    Present   Custody   Bond   P.R.			   Present   Retained   FPD   CJA

U.S. Attorney: Ryan Anderson					U.S. Agent:
U.S. Probation: Christopher Duenas				U.S. Marshal: T. Muna
Interpreter:								Language:

**PROCEEDINGS: Sentencing**
- Proceedings continued to: January 9, 2008 at 9:00 a.m.
- Defendant released as previously ordered.

NOTES: