# UNITED STATES DISTRICT COURT

for

### *The District of Guam*

U.S.A. vs. __**JASON MICHAEL SALAS**__ Docket No. _____ **CR 07-00033-001** _____

### Petition for Action on Conditions of Pretrial Release

COMES NOW _____ GRACE D. FLORES _____ , pretrial services/probation officer, presenting an official report upon the conduct of defendant _____ Jason Michael Salas _____ , who was placed under pretrial release supervision by the Honorable _____ Joaquin V.E. Manibusan, Jr. _____ , sitting in the court at _____ Hagatna, Guam _____ on the ___ 6th ___ date of _____ April _____ , ___ 2007 ___ under the following conditions:

*Please refer to the Order Setting Conditions of Release*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

*The defendant has violated the following conditions: 18 U.S.C. §3142(c)(A) and 18 U.S.C. §3142(c)(A)(B)(xiv)*

### *Please see attached Declaration in Support of Petition.*

Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

PRAYING THAT THE COURT WILL ORDER

ORDER OF COURT

Considered and ordered this _____ day of _____ , 20 ___ and ordered filed and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ October 29, 2007 _____

/s/ GRACE D. FLORES _____

_____
U.S. District Judge/Magistrate Judge

Place _____ Hagåtña, Guam _____