✎ PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

*The District of Guam*

U.S.A. vs. **JASON MICHAEL SALAS**   Docket No.   **CR 07-00033-001**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   GRACE D. FLORES  , pretrial services/probation officer, presenting an official report upon the conduct of defendant   Jason Michael Salas  , who was placed under pretrial release supervision by the Honorable   Joaquin V.E. Manibusan, Jr.  , sitting in the court at   Hagatna, Guam   on the   6th   date of   April  , 2007 under the following conditions:

*Please refer to the Order Setting Conditions of Release*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

*The defendant has violated the following conditions: 18 U.S.C. §3142(c)(A) and 18 U.S.C. §3142(c)(A)(B)(xiv)*

*Please see attached Declaration in Support of Petition.*

Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

PRAYING THAT THE COURT WILL ORDER

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this   5th   day of   November  , 20 07   and ordered filed and made a part of the records in the above case.<br>A summons shall issue for Tuesday, November 13, 2007, at 10:00 a.m. | Executed on   October 29, 2007 |
| **/s/ Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | /s/ GRACE D. FLORES<br><br>Place   Hagåtña, Guam |