# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00033                      DATE: November 13, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Francine A. Diaz |
| Courtroom Deputy: Francine A. Diaz | Electronically Recorded: 10:00:15 - 10:22:26 |
| CSO: D. Quinata | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Jason Michael Salas | Attorney: John Gorman |
|     Present   Custody   Bond   P.R. |     Present   Retained   FPD   CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Grace Flores | U.S. Marshal: D. Punzalan |
| Interpreter: | Language: |

**PROCEEDINGS:** Initial Appearance and Petition to Revoke or Modify Conditions of Release

- Defendant remanded to the custody of the U.S. Marshals Service for DETENTION pending sentencing.
- Sentencing previously scheduled for January 9, 2008 at 9:00 a.m. is now scheduled for November 20, 2007 at 1:30 p.m.

NOTES: