AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

**UNITED STATES OF AMERICA**

## NOTICE

V.

**JASON MICHAEL SALAS**      CASE NUMBER: **CR-07-00033**

TYPE OF CASE:
    ☐ **CIVIL**      **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | November 20, 2007 at 1:30 P.M. | November 19, 2007 at 1:30 P.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 13, 2007      Virginia T. Kilgore
DATE      /s/ (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
        Law Offices of Federal Public Defender
        U.S. Probation Office
        U.S. Marshals Service