# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

**UNITED STATES OF AMERICA**

V.

**JASON MICHAEL SALAS**

**NOTICE**

CASE NUMBER: **CR-07-00033**

TYPE OF CASE:

☐ CIVIL     **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | November 19, 2007 at 1:30 P.M. | November 21, 2007 at 8:30 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 15, 2007     Virginia T. Kilgore
DATE     /s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
          Law Offices of Federal Public Defender
          U.S. Probation Office
          U.S. Marshals Service