# UNITED STATES DISTRICT COURT

_____  District of  _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**JASON MICHAEL SALAS**<br>_____<br>*Defendant* | **ORDER OF DETENTION<br>PENDING SENTENCING**<br><br>Case Number:    **CR-07-00033** |

I find that the defendant

**X**   is, and was at the time the alleged offense was committed:

     ☐   on release pending trial for a felony under federal, state, or local law.

     **X**   on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

     ☐   on supervised release for an offense under federal, state, or local law; or

☐   is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

   and I further find that the defendant

☐   flee, or ☐ poses a danger to another person or the community

Furthermore, I find that there is probable cause to believe that the defendant committed a local crime while on release and that there is clear and convincing evidence that the defendant has violated a condition of pretrial release, as alleged in the petition filed on October 30, 2007.

I further find that there is no condition or combination of conditions of release that will assure that the defendant will not pose a danger to the safety of the community.

I accordingly ORDER the detention of the defendant without bail pending sentencing.

 

**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Nov 13, 2007**