# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00033    DATE: November 21, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley    Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 8:50:10 - 9:16:47
CSO: J. Lizama

**APPEARANCES:**

Defendant: Jason Michael Salas    Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.    ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson    U.S. Agent:
U.S. Probation: Carleen Borja    U.S. Marshal: T. Muna / D. Punzalan
Interpreter:    Language:

**PROCEEDINGS: Sentencing**
- Defendant's father, Evreth Obamos addressed the Court.
- Oral motion for home confinement by defense <u>denied</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>6 months on Count 1 and 6 months on Count 3. Sentences shall be served concurrently.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 Years,</u> with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $1,401.18
- Defendant was ordered to pay a special assessment fee of $200.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: Government's oral motion to dismiss counts 2, 4 and 5 - Granted.